UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ISAAC MAIMON, | No. C 14-0460 MEJ (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL GHEZZI, et al., | |
| Defendants. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 3, 2014

Maria-Elena James
United States Magistrate Judge